UNITED STATES DISTRICT AND BANKRUPTCY COURTS

FOR THE DISTRICT OF COLUMBUS

**XUNXIAN LIU**

**614 ROLLINS AVE**
**ROCKVILLE, MD 20852**

VS.

**DIRECTOR**
**THE ADMINISTRATIVE OFFICE OF THE US COURTS**
**ONE COLUMBUS CIRCLE**
**WASHINGTON DC, 20544**

**THE US, REPRESENTED BY ATTORNEY GENERAL**
**DEPARTMENT OF JUSTICE**
**950 PENNSYLVANIA AVE NW**
**WASHINGTON DC, 20530**

Case: 1:21-cv-00494 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 2/19/2021
Description: Pro Se Gen. Civ. (F-DECK)

CIVIL ACTION NO.

## COMPLAINTS

I, Xunxian Liu file complaint against the administrative office of the US courts for its employee, Theodore Chuang that perpetrates two published misrepresentations (knowing the written statements are wrong) and two published libels (using malicious language attacking my profession), which belong to intentional torts (**code 360**) on me, pursuant to federal tort claim act page 25 (please see the details in exhibits 1-3). Also, I cite Maryland Defamation Law, which may help to define libels as defamation per se as the event happens in Maryland and there is similar defamation law in Washington DC.

Moreover, Chuang damages my Constitution right, as I have alleged that lawyers of the agencies (Department of Justice and Department of Health and Human Services) have lied in one document (8:17-cv-01398, case file 25) and that an employee of National Center for Complementary and Integrative Health have committed discrimination against me, forcing me to write reviews of my unfamiliar study fields,

1

which surpasses my ability or anyone's ability and is an unreasonable demand; however, the judge denies to me using the misrepresentations (exhibits 2 and 3), which violates the 14th Amendment of the US Constitution, section 1, last sentence. In addition, Chuang publishes the false statements, violating my right to privacy, which is covered by the 9th Amendment and/or the 5th and 14th Amendments of the US Constitution, depriving my liberty (right to privacy) without due process, because he foists the misrepresentations and the libels into his published opinion (see exhibit 2 and 3), which disqualifies his opinion in due process. The Constitution right code may be **950**.

**Pre-filing Background**

As exhibit 2 shows, I filed complaint to a State Court against Chang's defamation and the case was removed to the US district court for Maryland. The judge's decision is that the US substitutes Chuang as the defendant. In May 2020, I filed admistrative adjustment claim to the Department of Justice, which transferred my letter to the Administrative Office of the US Courts. On 9/4/2020, AO responded to me that unintentional libels by a judge should not be compensable, but did not address the intentional torts (exhibit 4), I revised the claim and further revised the claim, as I found additional misrepresentation (exhibit 2) on 11/5/2020. No response to these revisions is from AO, or my effort seeking administrative resolution is exhausted.

I have filed a claim to the US Court of Federal Claims, and the case has been dismissed due to lack of jurisdiction of the subject matters in that court (exhibit 5). Therefore, I am filing the claim to this court which has related codes: **360** and **950**.

**Remedy**

1. As the published opinion with false statements still hangs online, I request the court order to remove the false statements including possibly unintentional libels that are not in this claim (8:17-cv-01398, CF31, page 19, last paragraph to page 20, paragraph one that include intentional torts) in that the false statements continue damaging my profession standing for more than two years. There shall not be any false statement in the US Government-published documents; especially false statements are harming one's reputation, profession, Constitution right, etc. On the other hand, false statements embarrass the US Government.

2. I request $400000 for compensation of my personal injury by the misrepresentations and the libels that belong to intentional torts (FTCA, page 25), since Chuang violated my US Constitutional right for several times, whereas the remedy for violation of one's US Constitutional right is unlimited (28 USC 2679 (b) (2) (A)); also, 28 USC 2679 (b) (2) (B) is applicable in this case (exhibit 2), or jury whom I have asked in the cover sheet will determine whether these offenses are compensable and how much for the damages.

Respectfully,

Xunxian Liu, Pro se Plaintiff       Date: January 25, 2021

Under penalty of perjury, I certified that the statements and documents in the claim are true, based on my best of knowledge.

Xunxian Liu

Since this case is related to the US Constitution, I add Summons to the US and will serve to Attorney General, Department of Justice, pursuant to Rule 5.1.

Xunxian Liu revised on February 13, 2021, making exhibits 2 and 3 more accurate.